AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**NICHOLAS J. BAEHR,**

    **Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-11-1076**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

____ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed November 29, 2012,  JUDGMENT is hereby entered for the Defendant.  This case is DISMISSED.**

Date: November 29, 2012          JOHN P. HEHMAN, CLERK

         */S/ Andy F. Quisumbing*
         (By) Andy F. Quisumbing
         Courtroom Deputy Clerk