AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**NICHOLAS J. BAEHR,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-11-1076**

**MICHAEL J. ASTRUE,**   **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**   **MAGISTRATE JUDGE MARK R. ABEL**
**SOCIAL SECURITY,**

    **Defendant.**

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed November 29, 2012, JUDGMENT is hereby entered for the Defendant. This case is DISMISSED.**

Date: November 29, 2012                  JOHN P. HEHMAN, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk